UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-42-JA-LHP

  18 U.S.C. § 554(a)

JONEN CASTILLO

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about June 10, 2023, in the Middle District of Florida, the defendant,

JONEN CASTILLO,

did fraudulently and knowingly attempt to export and send a firearm from the United States to Canada, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such firearm, prior to exportation, knowing the firearm to be intended for exportation from the United States contrary to any law and regulation of the United States.

In violation of 18 U.S.C. § 554(a).

## COUNT TWO

On or about June 29, 2023, in the Middle District of Florida, the defendant,

JONEN CASTILLO,

did fraudulently and knowingly attempt to export and send a firearm from the United States to Canada, and received, concealed, bought, sold, and in any manner

facilitated the transportation, concealment, and sale of such firearm, prior to exportation, knowing the firearm to be intended for exportation from the United States contrary to any law and regulation of the United States.

In violation of 18 U.S.C. § 554(a).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 554(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: (1) one Smith and Wesson M&P 2.0 9 mm pistol (Serial Number NJB2758), seized on June 19, 2023; (2) one Glock 27 Gen 4 .40 caliber pistol (Serial Number BGBX686), seized on June 19, 2023; (3) one Glock 19 Gen 4 9 mm pistol (Serial Number BAVT603), seized on June 19, 2023; (4) one Glock 26 Gen 5 9 mm pistol (Serial Number AGVA380), seized on July 5, 2023; and (5) one Glock 19X 9 mm pistol (Serial Number AHGC412), seized on July 5, 2023.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Diane S. Hu
Assistant United States Attorney

By: _____
*for* Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
February 24                                          No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

JONEN CASTILLO

## INDICTMENT

Violations: 18 U.S.C. § 554(a)

A true bill,

_____
Foreperson

Filed in open court this 14th day of February, 2024.

_____
Clerk

Bail $_____